Allen C. Wood and Another, Respondents, v. Mason M. Smith, Appel-

lant.— Order affirmed, with ten dollars costs and disbursements. All concurred.